**FILED**
JUN 3 0 2015
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**<br>60 Massachusetts Avenue, NE<br>Washington, DC 20020<br><br>PLAINTIFF,<br><br>v.<br><br>**1.45 ACRES MORE OR LESS OF AIR SPACE ABOVE LAND** located at 900 2nd Street NE, Washington, DC 20002-3557<br><br>and<br><br>**CASCO SECOND STREET LLC**<br>2701 Tower Oaks Boulevard<br>Rockville, MD 20852-4239<br><br>SERVE ON:<br><br>Agent for Service, Inc.<br>1100 New York Avenue, NW,<br>West Tower, Suite 500<br>Washington, DC 20005<br>**Registered Agent**<br><br>and<br><br>**LINWOOD WHITE AND CLAUDE BARRINGTON, TRUSTEES**<br>c/o Industrial Bank<br>8700 Georgia Avenue, Suite 305<br>Silver Spring, MD 20910<br><br>SERVE ON:<br><br>Thomas McLaurin<br>9621 Oxbridge Way<br>Bowie, MD 20721<br>**Registered Agent** | Case: 1:15-cv-01021<br>Assigned To : Jackson, Ketanji Brown<br>Assign. Date : 6/30/2015<br>Description: Gen. Civil (E) |

**RECEIVED**
JUN 3 0 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

and

**UNKNOWN OTHERS**     *

      DEFENDANTS.     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

<u>**PRAECIPE FOR DEPOSIT OF MONEY INTO COURT**</u>

To the Clerk of the Court:

Pursuant to Fed. R. Civ. P. 71.1(j) and 49 U.S.C. §24311, please accept for deposit into the Court the sum of Two-Hundred Forty Thousand and Two Dollars and Forty Cents ($240,002.40), pending the disposition of these moneys pursuant to an Order of the Court under the aforesaid rule and statute. A Proposed Order is filed with this Praecipe.

    Respectfully submitted,

    **COUNSEL FOR PLAINTIFFS NATIONAL RAILROAD PASSENGER CORPORATION AND WASHINGTON TERMINAL COMPANY**

    _____
    Dennis M. Moore
    DC Bar No. 303396
    Deputy General Counsel and Solicitor General
    NATIONAL RAILROAD PASSENGER CORPORATION
    60 Massachusetts Ave. NE
    Washington, DC 20002
    Telephone: 202-906-2750
    Fax: 202-906-2821
    udma@amtrak.com

    _____
    Drake Zaharris
    Federal Bar ID: 385906
    PESSIN KATZ LAW, P.A.
    901 Dulaney Valley Road, Suite 500
    Towson, Maryland 21204
    Telephone: 410-938-8800
    Fax: 410-832-5650
    dzaharris@pklaw.com

OF COUNSEL FOR PLAINTIFFS NATIONAL RAILROAD PASSENGER CORPORATION AND WASHINGTON TERMINAL COMPANY, PENDING ADMISSION *PRO HAC VICE*

_____
Patricia McHugh Lambert
James Benjamin
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
Telephone: 410-938-8800
Fax: 410-832-5653
plambert@pklaw.com
jbenjamin@pklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2015, a copy of the foregoing PRAECIPE FOR DEPOSIT OF MONEY INTO COURT was e-served on all Parties via hand delivery via private process server at the following addresses:

Agent for Service, Inc.
1100 New York Avenue, NW,
West Tower, Suite 500
Washington, DC 20005
**Registered Agent for Defendant**
**CASCO Second Street, LLC**

Thomas McLaurin
9621 Oxbridge Way
Bowie, MD 20721
**Registered Agent for Linwood White and**
**Claude Barrington, Trustees c/o Industrial Bank**

_____
Drake Zaharris, USDC DC Bar ID 385906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**<br>60 Massachusetts Avenue, NE<br>Washington, DC 20020<br><br>        PLAINTIFF,<br><br>v.<br><br>**1.45 ACRES MORE OR LESS OF AIR SPACE ABOVE LAND** located at 900 2nd Street NE, Washington, DC 20002-3557<br><br>and<br><br>**CASCO SECOND STREET LLC**<br>2701 Tower Oaks Boulevard<br>Rockville, MD 20852-4239<br><br>        **SERVE ON:**<br><br>        Agent for Service, Inc.<br>        1100 New York Avenue, NW,<br>        West Tower, Suite 500<br>        Washington, DC 20005<br>        **Registered Agent**<br><br>and<br><br>**LINWOOD WHITE AND CLAUDE BARRINGTON, TRUSTEES**<br>c/o Industrial Bank<br>8700 Georgia Avenue, Suite 305<br>Silver Spring, MD 20910<br><br>SERVE ON:<br><br>        Thomas McLaurin<br>        9621 Oxbridge Way<br>        Bowie, MD 20721<br>        **Registered Agent** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.** |

and

**UNKNOWN OTHERS**     *

      DEFENDANTS.     *

\* * * * * * * * * * * * *

**ORDER REGARDING DEPOSIT WITH THE**
**COURT REGISTRY INVESTMENT SYSTEM**

WHEREAS, the Court having determined that it is necessary to adopt local procedures to ensure uniformity in the deposit and investment of funds the Court orders placed in an interest bearing instrument,

IT IS ORDERED on this the _____ day of _____, 2015 that:

Pursuant to 28 U.S.C. §§ 2041 and 2042 the following shall govern the deposit, investment, and withdrawal of registry funds in this matter:

### I.     Investment of Registry Funds

A.     Unless ordered otherwise, funds on deposit with the Court are to be placed in the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045.

B.     The Director of the Administrative Office of the United States Courts is designated as custodian for the CRIS. The Director or the Director's designee shall perform the duties of Custodian. Funds held in the CRIS remain subject to the control and jurisdiction of the Court.

C.     Money from each case deposited in the CRIS shall be "pooled" together with those on deposit with the Treasury to the credit of other courts in the CRIS and used to purchase Government Account Series securities through the Bureau of Public Debt, which will be held at Treasury, in an account in the name and to the credit of the Director of Administrative Office of the United States Courts. The pooled funds will be invested in accordance with the principals of the CRIS Investment Policy as approved by the Registry Monitoring Group.

D.     An account for each case will be established in the CRIS titled in the name of the case giving rise to the investment in the fund. Income generated from fund investments will be distributed to each case based on the ratio each account's principal and earnings has to the aggregate principal and income total in the fund. Reports showing the interest earned and the

principal amounts contributed in each case will be made available to litigants and/or their counsel.

## II.     Withdrawal of Funds

A.     Funds may not be withdrawn from the Court's Registry without a court order signed by the presiding judge in this case in accordance with 28 U.S.C. § 2042.

## III.    Deductions of Fees

A.     In accordance with 28 U.S.C. § 1930, the Custodian is authorized to deduct an investment services fee for the management of investments in the CRIS and a registry fee for maintaining accounts deposited with the Court.

B.     The investment services fee is assessed from interest earnings according to Court's Miscellaneous Fee Schedule. The registry fee is assessed on the basis of the rates published by the Director of the Administrative Office of the United States Courts as approved by the Judicial Conference of the United States.

_____
Judge, United States District Court for the
District of Columbia

1305688.1