IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | **CIVIL ACTION NO. 1:15-CV-01021 (KBJ)** |
| PLAINTIFF, | * | |
| v. | * | |
| **1.45 ACRES MORE OR LESS OF AIR SPACE ABOVE LAND,** *et al.*, | * | |
| DEFENDANTS. | * | |
| | * | |

*******************************************************************************

## JOINT MOTION REQUESTING THAT THE COURT ADDRESS THE STATUS OF DISCOVERY, SIGN AND APPROVE THE STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL, AND FOR OTHER RELIEF

Plaintiff, National Railroad Passenger Corporation ("Amtrak") and Defendants, CASCO Second Street, LLC ("CASCO"), and Linwood White And Claude Barrington, Trustees For Industrial Bank ("Trustees"), (hereinafter collectively the "Parties"), by their undersigned counsel, pursuant to Local Rule 16.4, hereby move for the relief stated herein:

1.  The Parties have yet to appear before the Court for a Scheduling Conference because the Conference set for January 12, 2016 was vacated with the indication that it would be rescheduled after resolution of matters in Case No. 1:15-CV-01088 (CRC). *See* Minute Order dated January 7, 2016 ("In light of the Court's Minute Order of January 7, 2016, in case number 15-1088, the January 12, 2016 hearing is hereby VACATED and will be rescheduled upon resolution of [49] Fiberlight's Motion to Intervene in that case."). However, the Parties have exchanged written discovery requests pursuant to agreements reached in their original Joint Discovery Plan and Proposed Scheduling Order submitted to this Court on November 3, 2015, ECF. No. 33. The Parties have not yet answered written discovery at this time.

1

2. The Parties are filing herewith an Amended Joint Discovery Plan and Amended Proposed Scheduling Order in light of the postponement of the Initial Scheduling Conference and request that the Court consider the Order. *See* **Exhibit A**.

3. Amtrak requests clarification from the Court regarding whether it is proper for the Parties to engage in discovery prior to the Court's consideration of the Amended Joint Discovery Plan and Amended Proposed Scheduling Order and prior to the occurrence of a rescheduled Scheduling Conference. CASCO and the Trustees believe that this issue is clear and that, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, discovery may proceed because (1) the Parties concluded their conference required by Rule 26(f) on November 2, 2015, and (2) the parties explicitly stipulated, consistent with their authority under Rule 29, that the earliest date to serve initial discovery requests would be extended to December 1, 2015.  Amtrak does not agree but believes that the Court's entry of the scheduling order requested in the Amended Joint Discovery Plan, attached here as Exhibit A, will eliminate this disagreement.

4. By Minute Order on December 3, 2015, Judge Ketanji Brown Jackson granted the Parties' Motion Requesting That the Court Sign and Approve A Stipulated Protective Order Regarding Confidentiality Of Discovery, but the Court has not yet signed and entered the Stipulated Protective Order. The Parties request that the Court sign and enter the Protective Order attached as **Exhibit B**.

5. Finally, prior to the case being reassigned to the Honorable Judge Cooper, the General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson (CM/ECF Doc.11) controlled this action. *See* **Exhibit C.** For the sake of clarity, and because a similar Order issued in the related case No. 1:15-CV-01088 (CRC), Amtrak requests that the Clerk be directed to strike Judge Jackson's General Order from the Docket because Amtrak believes it

will benefit the clarity of the proceedings going forward. CASCO and the Trustees do not agree that the matter is unclear (*i.e.*, they believe that based on the face of the Order, the Order applies only in matters before Judge Jackson), but they have consented to this Motion and to this Court's entry of an Order to strike Judge Jackson's General Order from the Docket.

WHEREFORE, the Parties respectfully request that the Court enter the relief requested herein, or alternative relief as the Court deems appropriate.

A Proposed Order is attached.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

   /s/ Patricia McHugh Lambert
Patricia McHugh Lambert, Bar No. MD0008
Talley H-S Kovacs, Bar No. MD17929
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Tel:  (410) 938-8800
Fax:  (410) 832-5653
Email:  plmabert@pklaw.com
Email:  tkovacs@pklaw.com

**COUNSEL FOR DEFENDANT CASCO SECOND STREET L.L.C.**

   /s/ John H. C. Barron, Jr.
John H. C. Barron, Jr., Bar No. 42374
Joseph S. Ferretti, Bar No. 485996
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 776-7865
Fax: (202) 478-1870
Email: JBarron@duanemorris.com
Email: JSFerretti@duanemorris.com

**COUNSEL FOR DEFENDANTS, LINWOOD WHITE AND CLAUDE BARRINGTON, TRUSTEES FOR INDUSTRIAL BANK**

   /s/ William A. Goldberg
William A. Goldberg, Esq., Bar No. 477534
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, Maryland 20814
Tel: (301) 907-2813
Fax: (301) 347-3743
Email: wagoldberg@lerchearly.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 18th day of February, 2016, Plaintiff, National Railroad Passenger Corporation, has electronically filed a Joint Motion Requesting That The Court Address the Status Of Discovery, Sign and Approve the Stipulated Protective Order Regarding Confidentiality of Discovery Material, and For Other Relief with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties through their counsel of record via CM/ECF accomplishing service of such filing.

/s/ Talley H-S. Kovacs
Talley H-S. Kovacs
Federal Bar ID: MD17929