**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | **CIVIL ACTION NO. 1:15-cv-01021-CRC** |
| PLAINTIFF, | * | |
| v. | * | |
| **1.45 ACRES MORE OR LESS OF AIR SPACE ABOVE LAND** located at 900 2nd Street NE, Washington, DC 20002-3557, *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## [PROPOSED] ORDER

UPON CONSIDERATION of Joint Motion Requesting that the Court Address the Status of Discovery, Sign And Approve the Stipulated Protective Order Regarding Confidentiality of Discovery Material, and for Other Relief, it is this ___ day of _____ 2016, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Amended Joint Discovery Plan and Amended Proposed Scheduling Order is hereby approved, and it is further,

ORDERED, that the Parties may commence discovery pursuant to the Amended Proposed Scheduling Order, and it is further,

ORDERED, that the Stipulated Protective Order Regarding Confidentiality of Discovery Material is approved, and it is further

ORDERED, that the General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson (CM/ECF Doc.11) is hereby stricken from this case and the Clerk shall so note this on the Docket.

1466806.1

Dated: _____                         _____
                                             Christopher R. Cooper
                                             United States District Judge

1466806.1