UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:15-cv-01021 (CRC) |
| 1.45 ACRES MORE OR LESS OF AIR SPACE ABOVE LAND, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF FACTS AND ISSUES NOT IN DISPUTE

Plaintiff, National Railroad Passenger Corporation ("Amtrak") and Defendant CASCO Second Street L.L.C. ("CASCO"), by and through counsel, with the consent of all parties and pursuant to Local Rule 16.6 (Stipulations), offer this Joint Stipulation of Facts and Issues Not in Dispute regarding matters pending before the Court and for all related purposes.

The Plaintiff and Defendant (the "Parties") agree that the following facts are true: on or about September 2009, Washington Terminal Company (a wholly-owned subsidiary of Amtrak) and CASCO entered into an agreement, known as the "Relocation Agreement," for the purpose of allocating the costs involved in the proposed relocation of Amtrak's Electric Traction Substation 25 which is located partially on the property at issue in this case.

Plaintiff and Defendant further stipulate that Defendant's expert witness, Steven E. Sher, Director of Zoning and Land Use Services at Holland & Knight LLP, will not have access to confidential information, or any other information, obtained by Holland & Knight LLP during the course of its prior representation of Amtrak on land use and easement issues at the property at issue in this case. The Parties further stipulate that to the extent Mr. Sher has had access to such

information, he shall not give any opinion or testimony in reliance on such information or on the prior representation of Amtrak by Holland & Knight LLP. This agreement does not prevent Mr. Sher from relying on any publicly available information or information provided to him by CASCO in this litigation. Plaintiff and Defendant further stipulate that neither Mr. Sher nor any other current or former representative of Holland & Knight LLP shall refer in any manner whatsoever to the existence, termination, or provisions of the Relocation Agreement in this litigation. Finally, the Parties stipulate that in the course of these proceedings there will be no reference to or mention of Holland & Knight LLP's prior representation of Amtrak.

Dated:  January 12th, 2017         Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

/s/ Patricia McHugh Lambert
Patricia McHugh Lambert
Federal Bar ID:  MD0008
Talley H-S Kovacs
Federal Bar ID:  MD17929
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Telephone:  410-938-8800
Fax: 410-832-5653
plambert@pklaw.com
tkovacs@pklaw.com

**COUNSEL FOR DEFENDANT, CASCO SECOND STREET, LLC**

  /s/ John H. C. Barron, Jr.
John H. C. Barron, Jr. (D.C. Bar No. 42374)
Joseph S. Ferretti (D.C. Bar No. 485996)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Telephone: 202-776-7865
Fax: 202-478-1870
JBarron@duanemorris.com
JSFerretti@duanemorris.com